DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 




 NO. 12-02-00324-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




DON COX,
§
 APPEAL FROM THE 4TH

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


TOMMY KING,

APPELLEE
§
 RUSK COUNTY, TEXAS






MEMORANDUM OPINION


PER CURIAM


 The parties hereto have filed an agreed motion to reverse and remand for entry of agreed
judgment. That motion has been signed by the attorneys for the parties and represents that the parties
have reached an agreement that disposes of all issues presented for appeal. Because the parties have
met the requirements of Tex. R. App. P. 42.1(a)(2), the motion is granted. Accordingly, the
judgment of the trial court is reversed and the cause is remanded for entry of an agreed judgment. 
See Tex. R. App. P. 43.2(d). 

Opinion delivered December 17, 2003.

Panel consisted of Worthen, C.J., Griffith, J., and DeVasto, J.






 (PUBLISH)